**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**RUHI REIMER,**

**Plaintiff,**

**v.** **Civil Action No. 1:22-cv-00406-PTG-IDD**

**LEXISNEXIS RISK SOLUTIONS, INC.**

**Defendant.**

**Notice of Voluntary Dismissal**

PLEASE TAKE NOTICE that Plaintiff, Ruhi Reimer, voluntarily dismisses this action against LexisNexis Risk Solutions, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an Answer or a Motion for Summary Judgment, therefore it is proper to dismiss this action without further order of the court.

**Respectfully,**

**RUHI REIMER**

/s/

Susan M. Rotkis, VSB #40693
Price Law Group, APC
2290 E. Speedway Blvd.
Tucson, AZ 85719
Tel: (818) 600-5533
Fax: (818) 600-5533
E-mail: susan@pricelawgroup.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on September 15, 2022, I served a true copy of the foregoing by electronic mail to the attorneys of record in this matter.

Julie D. Hoffmeister Virginia Bar No. 87634
Counsel for LexisNexis Risk Solutions Inc.
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1448
Facsimile: (804) 697-1339
Email: julie.hoffmeister@troutman.com

*/s/*
Susan Mary Rotkis, VSB 40693
Attorneys for Plaintiff
Price Law Group, APC
2290 East Speedway Blvd
Tucson, Arizona 85719
T: (818) 600-5533
F: (818) 600-5533
E: susan@pricelawgroup.com